```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF ALABAMA
                              SOUTHERN DIVISION


EDWARD SHAW,                          :
                                      :
      Plaintiff,                      :
                                      :
vs.                                   :
                                      :   CIVIL ACTION 16-07-WS-M
CITY OF SELMA,                        :
                                      :
                                      :
      Defendant.                      :
```

JUDGMENT

Faya Rose Toure represented Plaintiff at the Rule 26(f) Meeting of the Parties, but she has not filed a Notice of Appearance as counsel for Plaintiff. Ms. Toure is **ORDERED** to file a Notice of Appearance by **not later than February 26, 2016.**

DONE this 24th day of February, 2016.


                                    s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE