```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

```
EDWARD SHAW,                         :
                                     :
     Plaintiffs,                     :
                                     :
vs.                                  :   CIVIL ACTION 16-0007-WS-M
                                     :
CITY OF SELMA,                       :
                                     :
     Defendant.                      :
```

ORDER

The document titled "Judgment" entered on 2/24/16 was misnamed (Doc. 6).  The Court docket is hereby corrected to reflect the correct heading as an "Order".

DONE this 7th day of March, 2016.

```
                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE
```