IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD SHAW, as Personal Representative of the Estate of ANANIAS SHAW, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SELMA, an Alabama Municipal Corporation; CHIEF WILLIAM RILEY, in his official and individual capacities, OFFICER DESMOND WILLIAMS in his individual and official capacities, Officers X, and Y and Defendant Z in their individual and official capacities as police officials of the City of Selma, who are otherwise unknown but are those that unlawfully contributed to the death of Ananias Shaw and violated his rights, <br><br> Defendants. | Case No.2:16-cv-7-WS-M |

## **SETTLEMENT CONFERENCE REPORT**

Pursuant to the Court's Rule 16(b) Scheduling Order entered in this case, the parties hereby jointly file this Settlement Conference Report regarding the possibility of and status of settlement negotiations at this time. The parties have conferred regarding settlement. The parties do not believe that mediation would be fruitful at this time, and do not currently request mediation. If the parties change their position as to mediation, parties will advise the Court of their request for mediation. This report is filed by counsel for Defendants with the express consent and authorization of Plaintiff. The parties discussed this matter and the undersigned failed to submit it. The undersigned apologizes to the Court.

Respectfully submitted this the 6th day of January, 2017

/s/ Rick A. Howard
Rick A. Howard (ASB-9513-W79R)

April W. McKay (ASB-5653-P76W)
Attorneys for Defendants

OF COUNSEL:

HOLTSFORD GILLILAND
HIGGINS HITSON & HOWARD, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Faya Rose Toure
Henry Sanders
CHESTNUT, SANDERS & SANDERS, LLC
P.O. Box 1290
Selma, Alabama 36702

by placing same in the United States Mail, postage prepaid, or through the court's electronic filing service, on this the 6th day of January, 2017.

/s/ Rick A. Howard
OF COUNSEL