IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **EDWARD SHAW, as Personal Representative of the Estate of ANANIAS SHAW,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | CIVIL ACTION 16-0007-WS-M |
| **CITY OF SELMA, an Alabama Municipal Corporation; CHIEF WILLIAM RILEY, in his official and individual capacities; and OFFICER DESMOND WILLIAMS, in his Official and individual capacities,** ) ) ) ) ) ) | |
| **Defendants.** ) | |

## JUDGMENT

In accordance with the Order entered on this date, granting defendants' Motion for Summary Judgment (doc. 13), it is **ordered, adjudged and decreed** that plaintiff shall have and take nothing, and that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 15th day of March, 2017.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE